CLINTON W. PADDOCK, Respondent, *v.* HOHNEKER DAIRY, INC., Appellant.

(Argued May 25, 1936; decided July 8, 1936.)

*H. C. Stratton* and *V. D. Stratton* for appellant.

*Frank W. Barnes* for respondent.

Judgment affirmed, with costs, no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.